IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DONALD R. GETCHEL, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. <br> UNITED STATES OF AMERICA, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> DONALD R. GETCHEL, <br><br> Counterclaim Defendant, | Civil No. 2:08-cv-01959-JAM-EFB <br><br> **ORDER ON UNITED STATES' UNOPPOSED MOTION TO JOIN ADDITIONAL COUNTERCLAIM DEFENDANT AND ADD ADDITIONAL COUNTERCLAIM** |

Having considered the United States' Unopposed Motion to Join Additional Counterclaim Defendant and Add Additional Counterclaim (Dkt. #20) and the record contained in this matter, and for good cause

having been shown, it is hereby ORDERED that the United States' motion is GRANTED. The United States has three (3) days to file its First Amended Answer and Counterclaims.

IT IS SO ORDERED.

DATED: 2/23/2009

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE