IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DONALD R. GETCHEL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Counterclaim Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DONALD R. GETCHEL, ) <br> ) <br> Counterclaim Defendant, ) <br> ) <br> v. ) <br> ) <br> DONALD ANTHONY DE LA ROSA, ) <br> ) <br> Additional Counterclaim Defendant, ) <br> ) <br> ) | Civil No. 2:08-cv-01959-JAM-EFB <br><br> **ORDER ON UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER AND COUNTERCLAIMS IN ORDER TO PROPERLY NAME DEFENDANT DONALD ANTHONY LA ROSA** |

Having considered the United States' Unopposed Motion for Leave to File Second Amended Answer and Counterclaims in Order to Properly Name Defendant Donald Anthony la Rosa and the record contained in this matter, and for good cause having been shown, it is hereby ORDERED that the United States' motion is GRANTED. The United States has three (3) days to file its Second Amended Answer and Counterclaims.

IT IS SO ORDERED.

DATED: May 1, 2009

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE