FREDERICK W. SMITH, JR. (SBN 104913)
ANDREA SESSIONS (SBN: 241224)
CURTIS & ARATA
A Professional Law Corporation
1455 East G Street, Ste B
P. O. Box 11690
Oakdale, California 95361
Telephone: (209) 847-3200
Facsimile: (209) 847-7083

Attorney for Plaintiff/Counterclaim Defendant,
DONALD R. GETCHEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| DONALD R. GETCHEL,<br><br>    Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____/<br>UNITED STATES OF AMERICA,<br><br>    Counterclaim Plaintiff,<br>v.<br>DONALD R. GETCHEL,<br><br>    Counterclaim Defendant.<br>_____/ | CASE NO: 2:08-CV-01959-JAM-EFT<br><br>**ORDER** |

Upon Stipulation of the parties, and for good cause shown, it is hereby ORDERED, pursuant to Fed. R. Civ. P. 16(b)(4), that the pretrial deadlines in the Court's Pretrial Scheduling Order, issued on January 9, 2009 (Doc. #19), are extended. The new deadlines are as follows:

    Expert Disclosure:                   October 2, 2009

    Supplemental Expert Disclosure:  October 30, 2009

| | | |
|---|---|---|
| 1 | Discovery Cutoff: | November 30, 2009 |
| 2 | Dispositive Motion Filing: | February 3, 2010 |
| 3 | Dispositive Motion Hearing: | March 3, 2010 at 9:00 a.m. |
| 4 | Joint Pretrial Statement: | May 7, 2010 |
| 5 | Pretrial Conference: | May 14, 2010 at 3:00 p.m. |
| 6 | Jury Trial: | July 12, 2010 at 9:00 a.m. |

Dated   September 8, 2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

Proposed Order